# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

2009 JUL 10 A 11: 45

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:03-cr-304-J-25MCR
USM NUMBER: 30009-018

V.

PRENTISS T. DAVIS

Defendant's Attorney: James Burke, Esq. (Pda)

## THE DEFENDANT

X   Defendant admitted guilt to violation of Allegation number(s) 3,4,6-10 of the terms of supervision.
X   Allegations 1, 2 & 5 are dismissed on the United States' motion
X   Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Three | Failure to submit written monthly report, in violation of the Standard Conditions of Release | July 2006 |
| Four | Failure to notify ten days prior to any change in residence, in violation of the Special Conditions of Release | August 8, 2006 |
| Six | New criminal conduct occurring while on supervision, in violation of the Special Conditions of Release | March 21, 2007 |
| Seven | New criminal conduct occurring while on supervision, in violation of the Special Conditions of Release | March 21, 2007 |
| Eight | New criminal conduct occurring while on supervision, in violation of the Special Conditions of Release | March 21, 2007 |
| Nine | New criminal conduct occurring while on supervision, in violation of the Special Conditions of Release | March 21, 2007 |

Defendant: PRENTISS T. DAVIS         Judgment - Page _2_ of _4_
Case No.:  3:03-cr-304-J-25MCR

Ten    New criminal conduct occurring while on    March 21, 2007
       supervision, in violation of the Special
       Conditions of Release

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 1, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July __1__, 2009

Defendant: PRENTISS T. DAVIS         Judgment - Page _2_ of _4_
Case No.:  3:03-cr-304-J-25MCR

| | | |
|---|---|---|
| Defendant: | PRENTISS T. DAVIS | Judgment - Page 3 of 4 |
| Case No.: | 3:03-cr-304-J-25MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eighteen (18) months**:

    __X__ The Court makes the following recommendations to the Bureau of Prisons: Jesup, FPC and participate in a drug/alcohol treatment program.

    __X__ The defendant is remanded to the custody of the United States Marshal.

    _____ The defendant shall surrender to the United States Marshal for this district:

        _____ at _____ a.m.   p.m.   on _____.

        _____ as notified by the United States Marshal.

    _____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        _____ before p.m. on .

        _____ as notified by the United States Marshal.

        _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

                                                UNITED STATES MARSHAL

                      By _____
                                   DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
        Sheet 4 - Supervised Release

Defendant:     PRENTISS T. DAVIS                    Judgment - Page 4 of 4
Case No.:      3:03-cr-304-J-25MCR

## SUPERVISED RELEASE

Supervised Release as previously imposed in this case is hereby **revoked** and after confinement there is no new term of supervised release imposed.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
        Sheet 4 - Supervised Release

Defendant:     PRENTISS T. DAVIS
Case No.:      3:03-cr-304-J-25MCR